NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**IN RE ZILLOW, INC.,**
*Appellant*

———————————

2014-1546

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00034.

———————————

**JUDGMENT**

———————————

RAMSEY M. AL-SALAM, Perkins Coie, LLP, Seattle, WA, argued for appellant. Also represented by KEVIN ANDREW ZECK, STEVEN D. LAWRENZ, ANTHONY JOHNSON.

AMY J. NELSON, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by NATHAN K. KELLEY, SCOTT WEIDENFELLER, STACY BETH MARGOLIES.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MAYER and O'MALLEY, *Circuit Judges*).

## AFFIRMED.  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| March 12, 2015 | /s/  Daniel  E.  O'Toole |
| --- | --- |
| Date | Daniel E. O'Toole |
|  | Clerk of Court |